**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Carl William SACHETTE, Appellant**

**No. 79 MAP 2016**

Supreme Court of Pennsylvania.

SUBMITTED: May 9, 2017

August 22, 2017

Michael Halkias, Esq., John M. Shugars, Esq., Cumberland County Public Defender's Office, for Appellant.

David James Freed, Esq., Cumberland County District Attorney's Office, Charles John Volkert, Jr., Esq., for Appellee.

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Order of the Superior Court is **AFFIRMED.**

Justices Donohue and Wecht did not participate in the consideration or decision of this case.